AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

**APPEARANCE**

Case Number: 05-30011-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Anthony ARilotta

Date: 3/8/05

Signature

Print Name: MARK MASTRoianni
For Vincent Bongiorni
Address: 95 State
City: Spfld   State: Ma   Zip Code:
Phone Number: 732-0222