AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTHONY ARILLOTTA

## WARRANT FOR ARREST

CASE NUMBER: 05-300___-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Anthony Arillotta _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy and operating an illegal gambling business

in violation of
Title  18  United States Code, Section(s)  371, 1955

Kenneth P. Neiman
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

February 27, 2005 — Springfield, Mass.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 31 Chalmers St, Springfield, MA

| DATE RECEIVED 3/8/05 | NAME AND TITLE OF ARRESTING OFFICER S.A. Dominic J. Barbara | SIGNATURE OF ARRESTING OFFICER *[signature]* |
| DATE OF ARREST 3/8/05 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Anthony Arillotta

ALIAS:

LAST KNOWN RESIDENCE: 21 Chalmers Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 1968

SOCIAL SECURITY NUMBER (last 4 digits only): 5874

HEIGHT:                                WEIGHT:

SEX:  male                             RACE:

HAIR:                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAVID CECCHETELLI

## WARRANT FOR ARREST

CASE NUMBER: 05-300___-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ David Cecchetelli ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy and operating an illegal gambling business

in violation of
Title  18  United States Code, Section(s)  371, 1955

Kenneth P. Neiman
Name of Issuing Officer

*signature*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 27, 2005 — Springfield, MASS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
61 Cady Street Ludlow, MA

DATE RECEIVED
3/7/05

DATE OF ARREST
3/8/05

NAME AND TITLE OF ARRESTING OFFICER
Brian F. Warren
Special Agent - FBI

SIGNATURE OF ARRESTING OFFICER
*signature*

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: David Cecchetelli

ALIAS:

LAST KNOWN RESIDENCE: 109 Oklahoma Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 1967

SOCIAL SECURITY NUMBER (last 4 digits only): 0992

HEIGHT:                                                     WEIGHT:

SEX:    male                                                RACE:

HAIR:                                                       EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: