

# MEMORANDUM

**To:** Kenneth P. Neiman
U.S. Magistrate Judge

**From:** Irma Zingarelli
U. S. Pretrial Services Officer

**Re:** ARILLOTTA, Anthony,
CR.#: 05-30001-01

**Date:** April 26, 2005

On March 8, 2005, the above named defendant appeared before Your Honor after being named in a Indictment charging him with Conspiracy, Operating an Illegal Gambling Business, Aiding and Abetting and Forfeiture in violation of Tittle 18, U.S.C. Sections 371, 1955, 2, and 1955(d).  The defendant was released with the following conditions:

1) Report by telephone every Tuesday before 12:20 noon
2) Maintain employment
3) Travel restricted to the District of MA
4) Maintain residence at 21 Chalmers Street in Springfield, MA
5) Abide by all conditions of release, as ordered in relation to current state case: notify immediately, once state court conditions are terminated.

Please be advised that on April 19, 2005, Mr. Arillotta was arrested by the Springfield State Police and appeared at the Springfield District Court charged with Illegal Lottery, Managing a Gamming Enterprise and Usury.  Mr. Arillotta has been ordered detained.

In light of the above information, I am requesting that Your Honor lodge a detainer.

Please advise if you concur.

Cc: Ariane Vuono, AUSA
    Vincent Bongiorni, Esq