UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )          Criminal No. 05-30001-MAP
                                  )
                                  )
ANTHONY ARILLOTTA, DAVID          )
CECCHETELLI and LOUIS             )
NAIOLEARI,                        )
          Defendants              )


INTERIM SCHEDULING ORDER
April 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this

day:

1.      An interim conference will be held on June 23, 2005, at 2:30 p.m. in

Courtroom III.

2.      On or before the close of business, June 21, 1005, a joint memorandum

addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall

be filed with the court.


IT IS SO ORDERED.

                                  /s/   Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge