UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30001-MAP |
| ) | |
| ANTHONY ARILLOTTA, DAVID ) | |
| CECCHETELLI and LOUIS ) | |
| NAIOLEARI, ) | |
| Defendants ) | |

INTERIM STATUS REPORT
June 23, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for July 26, 2005.

3. The parties agree and the court hereby rules that no time will have run on the Speedy Trial clock through July 26, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge