UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30001-MAP |
| | ) | |
| ANTHONY ARILLOTTA, DAVID CECCHETELLI and LOUIS NAIOLEARI, | ) | |
| Defendants | ) | |

FINAL STATUS REPORT
July 26, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference this day which was converted into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. A pretrial conference has been scheduled for August 31, 2005, at 2:00 p.m. in Courtroom I. Defendants will report at the time what dispositive motions, if any, they intend to file.

2. All discovery has been completed.

3. The parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

4. There are no other matters to report.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge