UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30001-MAP |
| v. | VIOLATIONS: |
| ANTHONY ARILLOTTA, | 18 U.S.C. § 1956(h) Conspiracy to Launder Money |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE:   (Title 18, United States Code, Section 1956(h): Conspiracy to Launder Money)

1.   On or about and between October 2001, up to and including April, 2003, the exact dates being unknown, in Hampden County, in the District of Massachusetts,

ANTHONY ARILLOTTA,

the defendant herein, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, knowingly and intentionally combined, conspired and agreed with other persons known and unknown to conduct financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, illegal sports gambling in violation of Title 18, United States Code, Section 1955, with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United

States Code, Section 1956(a)(1)(A)(I).

All in violation of Title 18, United States Code, Section 1956(h).

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: _____
     Kevin O'Regan
     Assistant U.S. Attorney
     Chief, Springfield Branch Office

Dated: December 21, 2005

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** 3   **Investigating Agency** FBI

**City** Springfield   **Related Case Information:**

**County** Hampden   Superseding Ind./ Inf. _____   Case No. 05-30001-MAP
Same Defendant   X   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Anthony Arillotta   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   21 Chalmers Street, Springfield, MA

Birth date (Year only): 1968   SSN (last 4 #): 5874   Sex m   Race: _____   Nationality: _____

Defense Counsel if known:   Vincent Bongiorni   Address: 95 State Street
Springfield, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Ariane D. Vuono   Bar Number if applicable   545766

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☒ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/21/05   Signature of AUSA: Ariane D Vuono

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Anthony Arillotta

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 :1956 | Conspiracy to Launder Money | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**