UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | NO. 05-CR-30001 |
| ) | |
| ANTHONY ARILOTTA ) | |

**MOTION TO ENLARGE TIME TO COMPLETE PRESENTENCE REPORT**

    Now comes the defendant, in the above entitled matter, and respectfully requests this Honorable Court for an enlargement of time in order to complete the presentence report.

    As grounds for this request, counsel for the defendant states that he and United States Probation Officer Rich Rinaldi have attempted to schedule a taped interview with the defendant at MCI-Concord and will be unable to complete the interview.

    Wherefore, counsel requests an additional 30 days in order to be able to complete an interview of the defendant.

    Counsel for the defendant has attempted to confer with AUSA Vuono and have been unable to reach her as of the filing of this motion.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to AUSA Ariane Vuono, 1550 Main Street, Springfield, MA 01103 this 8th day of February 2006.

Vincent A. Bongiorni