# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

v.

1) ANTHONY ARILLOTTA

2) DAVID CECCHETELLI

**APPEARANCE**

Case Number:    CR-05-30001-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States.

Assistant United States Attorney Ariane D. Vuono has left this office and no longer will be involved in this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/28/2006 | _[signature]_ |
| Date | Signature |

| | |
|---|---|
| Todd E. Newhouse. | 544457 |
| Print Name | Bar Number |

1550 Main Street, Room 310
Address

| | | |
|---|---|---|
| Springfield | MA | 01103 |
| City | State | Zip Code |

| | |
|---|---|
| 413-785-0235 | 413-785-0394 |
| Phone Number | Fax Number |